UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PATRICK MEYER,<br><br>Defendant. | Case No. 1:20-CR-00150-BLW<br><br>**REPORT AND RECOMMENDATION** |

On March 23, 2021, Defendant Nicholas Patrick Meyer appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. (Dkt. 26.) The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-

REPORT AND RECOMMENDATION - 1

sentence investigation to be conducted and a report prepared by the United States Probation Office.

Because the offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, the Government filed a motion for detention and Defendant was ordered temporarily detained at his initial appearance. (Dkt. 4, 6, 10.) A detention hearing was held on September 9, 2020, at which time the Government withdrew its motion for detention and the parties agreed to proposed release conditions. (Dkt. 12.) An Order setting conditions of release was entered and Defendant was released. (Dkt. 13.) Defendant has maintained compliance with the release conditions, although he has remained unemployed throughout pretrial supervision thus far.

The Government recommends detention under 18 U.S.C. § 3143(a)(2) on the basis that the defense has not demonstrated the existence of exceptional circumstances warranting Defendant's continued release. Defendant maintains his continued release is warranted based on his strong family and community ties, stable living situation, his caretaking role for two minor children, and his compliance with the conditions of pretrial release. Defendant represented he very recently secured employment and argues he does

not pose a danger to the public and is not a flight risk.

Upon consideration of the totality of the circumstances presented in this case, including the stringent conditions of release, Defendant's caretaking role, ties to the community, the nature of the offense and possible penalties, his compliance with the terms of pretrial release, recent employment, and upon finding Defendant is exceptionally unlikely to flee or cause a danger to the community if release is continued, the Court recommends release be continued. The Court finds that exceptional reasons have been clearly shown by Defendant that detention pending imposition of sentencing would not be appropriate.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Nicholas Patrick Meyer's plea of guilty to Count Two of the Indictment (Dkt. 1).

2) The District Court order forfeiture consistent with Defendant Nicholas Patrick Meyer's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 26).

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Count One and Count Three of the Indictment (Dkt. 1) as to Defendant.

4) The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of release previously imposed in the

**REPORT AND RECOMMENDATION - 3**

Order Setting Conditions of Release (Dkt. 13)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: March 23, 2021

_____
Honorable Candy W. Dale
United States Magistrate Judge

**REPORT AND RECOMMENDATION - 4**